1

2

Attorneys for Plaintiff, LINDA RICE
3    ALLEY·CLARK·GREIWE
Counsel for Plaintiff
4    701 E. Washington Street
Tampa, Florida 33602
5    Phone:  813-222-0977
Facsimile: 813-224-0373
6

7

8

9                        UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10
                                                                          7899
11    _____  )    Case Specific Number 3:06-CV-861
                                            )
IN RE: BEXTRA AND CELEBREX                  )
12    MARKETING SALES PRACTICES AND          )    MDL NO. 1699
PRODUCT LIABILITY LITIGATION                )    District Judge:  Charles R. Breyer
13                                          )
_____        )
14                                          )
                                            )
LINDA RICE,                                 )
15                                          )    STIPULATION AND ORDER OF
                                            )    DISMISSAL WITH PREJUDICE
                     Plaintiffs,            )
16                                          )
                                            )
               vs.                          )
17                                          )
                                            )
Pfizer, Inc., et al.                        )
18                                          )
                     Defendants.            )
19    _____  )

20          Come now the Plaintiff, LINDA RICE, and Defendants, by and through the undersigned

21    attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

22    dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

23          DATED: _____, 2009      By:_____

24                                      ALLEY·CLARK·GREIWE
Counsel for Plaintiff
25                                      701 E. Washington Street
Tampa, Florida 33602
26                                      Phone:  813-222-0977
Facsimile: 813-224-0373
27                                      Attorneys for Plaintiff, LINDA RICE

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1   DATED: Sept. 3, 2009      By: _____

2
                                   DLA PIPER LLP (US)
3                                  1251 Avenue of the Americas
                                   New York, NY 10020
4                                  Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
5                                  *Defendants' Liaison Counsel*

6

7

8

     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11
     Dated: Sept. 9, 2009
12
                                   Hon. Charles R. B___
13                                  Unit___
                                   IT IS SO ORDERED
14                                  Judge Charles R. Breyer

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   -2-